Rec
7/27/18

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUL 26 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x

REGINALD ANDERSON,

                                         Plaintiff,

-against-

HERTZ CORPORATIONS, LLC, et al.,

                                  Defendants.

---------------------------------------------------------- x

STIPULATION OF VOLUNTARY
DISMISSAL PURSUANT TO
FED. R. CIV. P. 41(A)(1)(A)(ii)

18 CV 1351 (AMD)(LB)

       IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between the parties herein, that any and all of the claims arising out of the events alleged in the Complaint in this matter that were asserted, or could have been asserted, on behalf of plaintiff REGINALD ANDERSON against defendants QUEENS COUNTY ASSISTANT DISTRICT ATTORNEY MARY LOWENBURG, POLICE OFFICER NICHOLAS GULLO, and THE CITY OF NEW YORK, including their successors and assignees, and all past and present officials, employees, representatives and agents of the City, are hereby dismissed and discontinued with prejudice, and without costs or attorneys' fees to either party.

Dated:   New York, New York
           July 17, 2018

**REGINALD ANDERSON**
*Plaintiff Pro Se*
155-02 116th Drive
Jamaica, NY 11424




By: _____
     REGINALD ANDERSON

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendants City, Lowenburg, and Gullo*
100 Church Street
New York, New York 10007


By: _____
     DARON R. RAVENBORG
     *Assistant Corporation Counsel*
     *Special Federal Litigation Division*

SO ORDERED:

_____
HON. ANN M. DONNELLY

Mr. Reginald Anderson
85-02 116 Drive
Jamaica, N.Y. 11439

United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201
c/o Hon. Lois Bloom

NEW YORK, NY 100
24 JUL 2018 PM 12 L

USA FOREVER